<u>CRIMINAL CAUSE</u>
<u>FOR SENTENCING</u>

**BEFORE:** WEXLER, J.   **DATE:** SEPTEMBER 16, 2008   **TIME:** 11:00 A.M.

**DOCKET #:** CR 99-00675-01 & CR 00-00199   Total Hours: 1 hr

**TITLE:**   USA   **V.**   STEVEN VORNEA - 01

   **APPEARANCES:**

   **GOV'T:** -   CAROLYN PERKONEY, AUSA

   **DEFT** :   MARTIN H. KAPLAN, ESQ (RETAINED)

   **COURT REPORTER:**   PAUL LOMBARDI

CASE CALLED. DEFT APPEAR(S) WITH COUNSEL. SENTENCING HELD.

APPLICATION FOR DOWNWARD DEPARTURE IS GRANTED.

SENTENCE: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 3 years on each of counts 1 and 2 of CR 99-675, to run concurrently and 3 years on count 1 of CR 00-199. Both sentences of 3 years on CR 99-675 and CR 00-199 are to run concurrently; and 3 years Supervised Release.

DEFT SENTENCED ON COUNTS 1 and 2 OF CR 99-675 AND COUNT 1 OF CR 00-199

OF BOTH INFORMATIONS.

SPECIAL ASSESSMENT: $300.00

DEFENDANT SHALL FORFEIT $320,000 AND ALL RIGHT, TITLE AND INTEREST

IN KIRKWALL LTD.

SPECIAL CONDITIONS OF SUPERVISION: a. Drug treatment, and b. cooperate with

IRS and pay all tax liabilities.

SENTENCE STAYED UNTIL: JANUARY 15, 2009.

DEFT ADVISED OF HIS RIGHT TO APPEAL. DEFENDANT REFERRED TO US

MARSHAL. DEFT TO SURRENDER TO A DESIGNATED INSTITUTE ON 1/15/09.